UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIGDALIA ALAYON,

                     Plaintiff,

   -against-

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0198 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 13 2006 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on September 12, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision.

Dated: Brooklyn, New York
       September 12, 2006

                                                       s/Robert C. Heinemann
                                                       ROBERT C. HEINEMANN
                                                       Clerk of Court